In The United States District Court
For The District of Massachusetts

David Wattleton
50260-019, Plaintiff,

v.

**05-40093 RYZ**

A. Leval, Institutional Education
Programs Coordinator
Federal Bureau of Prisons
           Defendants

Motion To Proceed
Informa Pauperis

COMES NOW, the plaintiff, David Wattleton, through pro se, request leave from this court to proceed informa pauperis without being subjected to the affidavit requirement because he is not a "prisoner" within the meaning of 28 U.S.C. § 1915(h). See, Perkins v Hedricks, 340 F.3d 582 (8th Cir 2003); Kolocotronis v Morgan, 247 F.3d 726 (8th Cir 2001): see also King v Greenblatt, 53 F.Supp 2d 117 (D.Mass 1999).

Therefore, the plaintiff request an order from this court consistent with the above.

Respectfully submitted,

David Wattleton