IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID WATTLETON, )
 )
    Plaintiff, )
 )
vs. ) Case No. 05-40093-RWZ
 )
A. LEVERS, EDUCATIONAL )
PROGRAM CORRODINATOR, )
FEDERAL BUREAU OF PRISONS, )
 )
    Defendant. )

### NOTICE OF APPEAL

Notice is hereby given that plaintiff, David Wattleton, appeals the dismissal of his 42 U.S.C. Section 1983 complaint against the defendant adopted by this Court as the judgment in this case on or about June 27, 2005 to the United States Court of Appeals for the First Circuit.

Dated: This \_\_11\_\_ day of \_\_August\_\_, 2005.

Respectfully submitted,

_____
David Wattleton