# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40093

David Wattleton

v.

A. Levers, Institutional Educational Program Corrdinator, et al

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/16/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 18, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/18/05

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:05-cv-40093-RWZ

Wattleton v. Lever
Assigned to: Judge Rya W. Zobel
Related Cases: 4:04-cv-40175-MLW
                4:04-cv-40181-MLW
                4:04-cv-40182-JLT
                4:04-cv-40185-MLW
                4:04-cv-40206-PBS
                4:05-cv-40066-PBS
                1:05-cv-10884-NG
                4:05-cv-40088-RGS

Date Filed: 06/08/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

Cause: 42:1983 Civil Rights Act

**Plaintiff**

**David Wattleton**  represented by **David Wattleton**
50260-019
FMC, Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Defendant**

**A. Lever**
*Institutional Education Program Coordinator*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 06/08/2005 | 1 | COMPLAINT against A. Lever Filing fee: $ 0.0, receipt number NA, filed by David Wattleton.(Hassett, Kathy) (Entered: 06/13/2005) |
| 06/08/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by David Wattleton.(Hassett, Kathy) (Entered: 06/13/2005) |
| 06/27/2005 | 3 | Judge Rya W. Zobel : ORDER entered denying without prejudice 2 Motion for Leave to Proceed in forma pauperis. Because plaintiff has provided none of the information required by 28 U.S.C. s 1915(a)(1), the Court cannot act on his motion. If, within forty-two days of the date of this order, plaintiff does not pay the filing fee or submit a new application to proceed in forma pauperis that complies with the Court's instructions, this case will be dismissed without prejudice for failure to pay the filing fee. (McGlamery, Jeanette) (Entered: 06/28/2005) |
| 08/16/2005 | 4 | MOTION for Leave to Proceed in forma pauperis by David Wattleton.(Johnson, Jay) (Entered: 08/17/2005) |
| 08/16/2005 | 5 | NOTICE OF APPEAL as to 3 Order on Motion for Leave to Proceed in forma pauperis,, by David Wattleton. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/6/2005. (Johnson, Jay) (Entered: 08/17/2005) |