# MANDATE

*05-40093*
*USDC/MA*
*Zobel, R.*

## United States Court of Appeals
### For the First Circuit

No. 05-2259

DAVID WATTLETON,

Plaintiff, Appellant,

v.

A. LEVERS, INSTITUTIONAL EDUCATION PROGRAM COORDINATOR,
FEDERAL BUREAU OF PRISONS,

Defendant, Appellee.

Before

Boudin, *Chief Judge*,
Stahl, *Senior Circuit Judge*,
and Lynch, *Circuit Judge*.

**JUDGMENT**

Entered: September 14, 2005

Appellant's motion for leave to proceed in forma pauperis, as well as his underlying law suit, remain pending in the district court. Consequently, there is not yet any final, appealable judgment. Therefore, appellant's appeal from the June 27, 2005 order requiring appellant to file a financial affidavit if he wishes to be considered for in forma pauperis status must be dismissed for lack of appellate jurisdiction.

<u>Dismissed</u>.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 11/7/05

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER
By: _____
Chief Deputy Clerk.

[cc: David Wattleton]