IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 OCT -2 P 1:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID WATTLETON §
§
    Plaintiff §
§
§
§
vs §
§   C A  No  05 40093 RWZ
§
§   Appeal No  05 2259
§
ANIA LEVER. INSTITUTIONAL §
PROGRAM COORDINATOR, FEDERAL §
BUREAU OF PRISONS. §
§
    Defendant[s] §

MOTION REQUSTING LEAVE TO AMEND COMPLAINT

COMES NOW, the plaintiff David Wattleton through pro se. hereby files this pleading in the district court requesting leave to amend complaint in the above captioned case  The purpose of the amendment is to name Ms. Parrott. the Institutional Education Program Coordinator as a defendant in this action

Wherefore. for the above and foregoing reason the plaintiff request an order from this court consistent with the above

Respectfully submitted

David Wattleton

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 OCT -2 P 1:09

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| DAVID WATTLETON, | § | |
| Plaintiff, | § | |
| | § | |
| -vs- | § | C.A. No. 05-40093 RWZ |
| | § | Appeal No. 05-2259 |
| ANIA LEVER, INSTITUTIONAL EDUCATION PROGRAM COORDINATOR FEDERAL BUREAU OF PRISONS, | § | |
| Defendant[s] | § | |

## MOTION TO AMEND COMPLAINT

COMES NOW the plaintiff David Wattleton through pro se hereby files this pleading in the district court alleging that Ms Parrott the Institutional Program Coordinator violated his First Amendment right to file prison grievances and complaints when she created a hostile environment for him during times when the plaintiff is using the Institutional law library in retaliation for his filing of several grievances and complaints The plaintiff alleges that he is a victim of a campaign engineered by Ms Parrott of predatory gossipping and rumor moungering too numerous and incessant to iterate in detail The purpose of the discrimination

1

and harrassment is to create a major disruption in the plaintiff's environment in an effort to hinder his pursuit of right to access to the courts  Ms Parrott is a slanderer who is singling the plaintiff out by prying into his personal relations. with no other purpose but to discover information that can be used to provoke and aggravate

    Besides the mischief done by the predatory gossipping and rumor moungering Ms. Parrott is circulating information she knows will influence other employees and inmates to create suspicion and rumors and instability between the plaintiff  his acquaintances and prison employees  Ms  Parrott's ultimate goal is to provoke or shame the plaintiff into forfeiting his law library rights by losing his temper and doing something to receive an incident report and disciplinary action or shaming him into abandoning his right to the law library.

    The plaintiff believes the court s inaction in adjudicating the case has emboldened Ms  Parrott and other prison employees that there will be no legal consequences for their misconduct. This indicates a growing problem amoung african american, mental health patient. pro se  litigants.  how to dissuade bullying from prison officials  Now emboldened by

2

the court's inaction and Warden Sabol s inability or unwillingness to exercise control over the bad behavior, the gossipping has gotten nastier and pathological Many prison employees and inmates have been informed that the plaintiff suffers from a mental disorder called "revenge" and to take every preaution to avoid being identified as a friend " because the friendship is apt to turn to hate " No matter how much genius communication I may have with others, the plaintiff s relationship with people in this Institution will always be viewed from a forensic perspective susceptible to misinterpretation and that is creating a hostile condition n the Institutional law library.

   The old adage comes to mind. "when you run out of strategy, you can always rely on that rusty old strategem of abuse " The plaintiff believes that prison officials are deliberately attempting to prevent him from using the law library with hopes that he will not be able to research. litigate and over turn his commitment order  Sounds kind of facist 1940's ish, old school

Respectfully submitted

David Wattleton

3