UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-40093-RWZ

DAVID WATTLETON

v.

A. LEVER,
Institutional Education Program Coordinator

ORDER
October 19, 2007

ZOBEL, D.J.

On June 8, 2005 plaintiff, David Wattleton, submitted for filing a complaint and a motion to proceed in forma pauperis. The court denied the motion on June 27, 2005, because plaintiff had provided none of the information required by 28 U.S.C. § 1915(a)(1), and ordered him to pay the filing fee or provide the requisite information within 42 days (Docket # 3). The court further ordered that the case be dismissed should plaintiff comply with neither alternative. Forty-nine days later, on August 16, 2005, plaintiff filed both a proper application to proceed without prepayment of costs (Docket # 4) and a notice of appeal from the denial of the initial motion (Docket # 5). This court did not act on the application as it was without jurisdiction during the pendency of the appeal, and the Court of Appeals dismissed the appeal on November 10, 2005, for lack of appellate jurisdiction. (Docket # 8.)

Plaintiff took no further action and the case was closed.  Nearly two years after the appellate mandate issued plaintiff seeks to amend the complaint to name an additional defendant.

The motion is denied.  The motion is too late and the complaint is substantively deficient as it does not set forth a claim upon which relief can granted.

Judgment may be entered dismissing the complaint.


    October 19, 2007                                       /s/Rya W. Zobel

          DATE                                                RYA W. ZOBEL
                                                          UNITED STATES DISTRICT JUDGE