# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 DAVID WATTLETON

                      **Plaintiff**

          **V.**

 A. LEVER

                      **Defendant**

**CIVIL ACTION**

**NO.  05CV40093-RWZ**

## JUDGMENT

 ZOBEL, D. J.

   In accordance with the ORDER entered on 10/19/07;

Judgment is entered DISMISSING the complaint.

                         **By the Court,**

   **10/19/07**                        **s/ Lisa A. Urso**

**Date**                                **Deputy Clerk**